`Motion GRANTED.`

*[Signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PH GLASS S.A., a Chilean Corporation, and MAPFRE GARANTIAS Y CREDITO, S.A., A Chilean Corporation § § § § § § § § § § § § § | Civil No.: 3:09-cv-1204 JURY DEMAND District Judge Trauger Magistrate Judge Knowles |

PH GLASS S.A., a Chilean Corporation, and
MAPFRE GARANTIAS Y CREDITO, S.A.,
A Chilean Corporation

    Plaintiffs,

v.

ELECTROLUX HOME PRODUCTS, INC., a
Delaware Corporation, d/b/a ELECTROLUX
MAJOR APPLIANCES, NORTH AMERICA

    Defendant.

Civil No.: 3:09-cv-1204
JURY DEMAND

District Judge Trauger

Magistrate Judge Knowles

## MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant Electrolux Home Products, Inc. hereby seeks an order of the Court dismissing its counterclaim in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Derek C. Jumper*
Derek C. Jumper, BPR No. 023723
424 Church Street, Ste. 1600
Nashville, TN 37219
Phone: 615-251-5564
Fax: 615-251-5551
djumper@fbtlaw.com

Nelson D. Alexander (*Pro Hac Vice*)
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: 317-237-3265
Fax:    317-237-3900
nalexander@fbtlaw.com